# JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARSINE SHAMIRYAN and NORIK BAZIKYAN,<br><br>        Plaintiffs,<br><br>        v.<br><br>ALLSTATE NORTHBROOK INDEMNITY COMPANY, and DOES 1 through 50,<br><br>        Defendants. | Case No. 2:19-cv-10142-AB (SSx)<br><br>[~~PROPOSED~~] JUDGMENT |

Defendant Allstate Northbrook Indemnity Company's motion for summary judgment came on regularly for hearing on May 28, 2021 in Courtroom 7B of the above-captioned court, the Honorable Andre Birotte, Jr. presiding.  The Court entered an Order Granting Defendant's Motion for Summary Judgment on July 26, 2021.

The Court, having granted defendant's motion, hereby enters judgment in favor of defendant Allstate Northbrook Indemnity Company against plaintiffs Arsine Shamiryan and Norik Bazikyan.

DATED: <u>August 10, 2021</u>

_____

HON. ANDRÉ BIROTTE JR.
JUDGE OF THE U. S. DISTRICT COURT